United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Elie Neufeld, LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-23204-Civ-Scola |
| | ) |
| Edward Wolf & Associates, LLC, | ) |
| Defendant. | ) |

## Order Adopting Magistrate Judge's Report and Recommendation

Previously, the Court referred Plaintiff The Elie Neufeld, LLC's motion for default judgment (Pl.'s Mot., ECF No. 14) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 15.) Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion without prejudice. (Rep. & Rec., ECF No. 16.) No objections have been filed and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities and agrees with his findings and conclusions: the Plaintiff's motion, containing no analysis, no law, and no citations to the record, is deficient. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 16**), thus **denying** the motion **without prejudice** (**ECF No. 14**). On the other hand, since the Plaintiff has already filed an amended motion for default judgment (ECF No. 17), the Court declines to instruct the Plaintiff regarding the presentation its motion. Instead, the Court assumes the Plaintiff is well aware of Judge Goodman's admonishments and forewarns that the Plaintiff's failure to abide by those instructions may result in the denial of its motion or dismissal of its case.

**Done and ordered**, at Miami, Florida, on January 5, 2023.

_____
Robert N. Scola, Jr.
United States District Judge