United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Elie Neufeld, LLC, Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> Edward Wolf & Associates, LLC, ) <br> Defendant. ) | Civil Action No. 22-23204-Civ-Scola |

## Order Adopting Report and Recommendations and Granting Final Default Judgment

    The Court referred Plaintiff The Elie Neufeld, LLC's motion for the entry of a default judgment to United States Magistrate Judge Jonathan Goodman for a report and recommendations. Thereafter, Judge Goodman issued his report and recommendations, recommending that the Court grant The Elie Neufeld's motion in large part and deny it in part. (Rep. & Rec., ECF No. 20.) No objections to the report and recommendations have been filed by either party and the time to do so has passed.

    Nonetheless, the Court has considered—de novo—Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations thorough, cogent, and compelling. The Court thus **adopts** the recommendations in full (**ECF No. 20**) and **grants, in large part**, The Elie Neufeld's motion (**ECF No. 17**). Accordingly, the Court **enters final default judgment** in Plaintiff **The Elie Neufeld, LLC's** favor, in the amount of **$7,883.96** (comprised of $2,000 in statutory damages, $4,760.00 in attorney's fees, and $1,123.96 in costs), against Defendant **Edward Wolf & Associates, LLC**.

    The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

    **Done and ordered** at Miami, Florida, on July 10, 2023.

                                                _____
                                                Robert N. Scola, Jr.
                                                United States District Judge